917 A.2d 785

CORESTATES/NEW JERSEY NATIONAL BANK, BY ITS ASSIGNEE SCHAEFER SALT RECOVERY, INC., PLAINTIFF–PETITIONER, v. CHARLES SCHAEFER SONS, INC. A NEW JERSEY CORPORATION, SCHAEFER PROPERTIES, INC., A NEW JERSEY CORPORATION, ET AL, DEFENDANTS.

CAROL SEGAL, BY HER ASSIGNEE SHERWOOD GROUP ASSOCIATES, PLAINTIFF–RESPONDENT, v. JAMES K. BARBOUR, DEFENDANT.

AND OTHER RELATED CASES.

February 21, 2007.

ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for reconsideration in light of *Simon v. Cronecker*, 189 *N.J.* 304, 915 *A.2d* 489 (2007); *Simon v. Rando*, 189 *N.J.* 339, 915 *A.2d* 509 (2007), and *Malinowski v. Jacobs*, 189 *N.J.* 345, 915 *A.2d* 513 (2007) (all decided January 29, 2007).